# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROBERT DIETZ (DECEASED) BY JUDITH DIETZ | : No. 777 MAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (LOWER BUCKS COUNTY JOINT MUNICIPAL AUTHORITY) | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:  LOWER BUCKS COUNTY JOINT MUNICIPAL AUTHORITY | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.